IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRY PENISTER**  **PLAINTIFF**
**ADC #092828**

v.        CASE NO. 4:18-CV-00514 BSM

**MARK CASHION, et al.**        **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 29] is adopted, and the request to amend the complaint to add Wendy Kelley as a defendant [Doc. No. 22] is denied.

IT IS SO ORDERED this 25th day of June 2019.

_____
UNITED STATES DISTRICT JUDGE