# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY PENISTER,**
ADC #092828                                                                                       **PLAINTIFF**

v.                           **CASE NO. 4:18-CV-000514-BSM**

**MARK CASHION,** *et al.*                                                                **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Edie Ervin's partial recommended disposition [Doc. No. 55] is adopted. The Clerk is directed to update the name of defendants Young to Lewis Young and Brown to Byron Brown. Defendants' motion for partial summary judgment [Doc. No. 47] is granted, in part and Terry Penister's claims against Young are dismissed without prejudice.

IT IS SO ORDERED this 10th day of August, 2021.


                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE