IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY PENISTER**                                                                                  **PLAINTIFF**
*ADC #092828*

v.                            CASE NO. 4:18-CV-00514-BSM

**MARK CASHION,** *et al.*                                                                    **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 77] is adopted. Terry Penister's remaining failure-to-protect claim against Darren Thomas is dismissed with prejudice. *See Angelo Iafrate Const., LLC v. Potashnick Const., Inc.*, 370 F.3d 715, 722 (8th Cir. 2004) (a judgment on the merits for an answering party should accrue to the benefit of a similarly situated defaulting party). Penister's lawsuit is dismissed with prejudice.

IT IS SO ORDERED this 1st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE