IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY PENISTER**  **PLAINTIFF**
*ADC #092828*

v.                    CASE NO. 4:18-CV-00514-BSM

**MARK CASHION,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE